# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2601
_____

JANICE LYNN UNWIN, Former
Wife,

     Appellant,

     v.

JOHN MCCLENDON CARVER,
Former Husband,

     Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
E. Bailey Browning, Judge.

March 6, 2018

PER CURIAM.

     AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Angela M. Cancio, Live Oak, for Appellant.

Stephen Michael Witt, Lake City; Wendy S. Loquasto of Fox & Loquasto, Tallahassee, for Appellee.